AMERICAN SECURITY AND TRUST COMPANY, as Administrator de Bonis Non of the Estate of WILLIAM H. DRIGGS, Deceased, Appellant, *v.* LOUIS L. DRIGGS, Respondent.

*Money had and received — action to recover an amount alleged to have been paid defendant as royalty due decedent's estate.*

*American Security & Trust Co* v. *Driggs,* 191 App. Div. 883, affirmed.

(Argued March 22, 1922; decided April 18, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1920, unanimously affirming a judgment in favor of the defendant entered upon a verdict directed by the court. Defendant being instrumental in procuring for another a large contract was paid a commission thereon. Plaintiff claiming that part of the amount received was paid as a royalty due its decedent's estate brought this action to recover as for money had and received the amount thereof.

*George H. Fletcher* and *James H. Richards* for appellant.
*Arthur Garfield Hays* and *John Schulman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.